No. 439. UNITED STATES *v.* EMPLOYING LATHERS AS-SOCIATION OF CHICAGO AND VICINITY ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States. *Leo F. Tierney* for the Employing Lathers Association of Chicago and Vicinity et al.; and *Nathan M. Cohen* and *Robert S. Fiffer* for Local No. 74 of Wood, Wire and Metal Lathers International Union of Chicago and Vicinity, appellees.

No. 440. UNITED STATES *v.* EMPLOYING PLASTERERS ASSOCIATION OF CHICAGO ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States. *Howard Ellis* and *Perry S. Patterson* for appellees.

No. 394. UNITED SHOE MACHINERY CORP. *v.* UNITED STATES. Appeal from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. MR. JUSTICE CLARK took no part in the consideration or decision of this question. *John L. Hall* and *Claude R. Branch* for appellant.

No. 307. SACHER *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to the following question:

"Accepting the facts as found in the memorandum decision of Chief Judge Hincks, does permanent disbarment